AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

1544168

for the

District of Columbia

J.S. MARSHAL-DC AM11:0
RECEIVED APR 19 '23

United States of America

v.

Steven A. Price

*Defendant*

)
)  Case: 1:23-cr-00122
)  Assigned To : Mehta, Amit P.
)  Assign. Date : 4/13/2023
)  Description: INDICTMENT (B)

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Steven A. Price                                                                ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1349 (Conspiracy);
18 U.S.C. § 1347 (Health Care Fraud);
18 U.S.C. § 1035(a)(2) (False Statements Relating to Health Care Matters);
18 U.S.C. § 1343 (Wire Fraud);
18 U.S.C. § 2 (Aiding and Abetting and Causing an Act to Be Done)

Date:   04/13/2023

Moxila A. Upadhyaya   Digitally signed by Moxila A. Upadhyaya

*Issuing officer's signature*

City and state:   Washington, D.C.

Moxila A. Upadhyaya, Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)*  4/14/23 , and the person was arrested on *(date)*  4/19/23
at *(city and state)*  Washington, DC .

Date:  4/19/23

*Arresting officer's signature*

Thomas Agee, Special Agent
*Printed name and title*