IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| **v.** | : Case No. 1:23-cr-00122 (APM) |
| | : |
| **STEVEN PRICE and** | : |
| **KEIDI MOORE,** | : |
| | : |
| **Defendants** | : |
| | : |

### JOINT MOTION TO CONTINUE DEADLINES

Defendant Dr. Steven A. Price, Defendant Keidi Moore, and the United States of America, respectfully request that the Court continue all pretrial deadlines set for January 5, 2026 to January 8, 2026. Pursuant to the Court's Pretrial Order, ECF No. 71, the following deadlines are currently set for January 5, 2026:

- The United States will make grand jury and Jencks Act disclosures as to each witness it expects to call in its case-in-chief and disclose any *Brady* material not already disclosed.

- Counsel will file a Joint Pretrial Statement containing a neutral statement of the case, proposed or modified voir dire instructions, proposed jury instructions, witness lists, exhibit lists, stipulations, and a proposed verdict form.

- Counsel will submit electronically in Word format proposed modifications to the standard jury instruction, any non-standard jury instruction, and the verdict form.

On December 30, 2025, the Court appointed new co-counsel for Ms. Moore, Barry Coburn of Coburn & Eisenstein PLLC. Given the addition of new counsel in this case and the scheduling burdens surrounding the federal holiday on January 1, all parties respectfully request a three-day continuance of the deadlines set forth above.

Dated: December 31, 2025                                  Respectfully submitted,

                                                          /s/ Justin D. Weitz
                                                          MORGAN, LEWIS & BOCKIUS LLP
                                                          Justin D. Weitz, Bar No. 90008910
                                                          Daniel C. Fishbein, Bar No. 7672528
                                                          Mary E. Muoio, Bar No. 90018635
                                                          Emily Ahdieh, Bar No. 1742898
                                                          1111 Pennsylvania Ave., NW
                                                          Washington, D.C. 20004
                                                          (202) 739-5932
                                                          justin.weitz@morganlewis.com
                                                          daniel.fishbein@morganlewis.com
                                                          molly.muoio@morganlewis.com
                                                          emily.ahdieh@morganlewis.com
                                                          *Attorneys for Defendant Dr. Steven Price*

                                                          /s/ John P. Pierce
                                                          Liles Parker, PLLC
                                                          John P. Pierce, Bar No. 475101
                                                          2121 Wisconsin Avenue, NW, Suite 200
                                                          Washington, DC 20007
                                                          (202) 298-8750 (o)
                                                          JPierce@LilesParker.com

                                                          Barry Coburn
                                                          Coburn & Eisenstein PLLC
                                                          1200 G Street, NW, Suite 800
                                                          Washington, DC  20005
                                                          202-643-9472
                                                          barry@coburngreenbaum.com
                                                          *Counsel for Defendant Moore*

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

*/s/ Diane G. Lucas*
DIANE G. LUCAS, D.C. Bar No. 443610
SARAH RANNEY, N.Y. Bar No. 5050919
Assistant United States Attorneys
601 D Street NW
Washington, DC 20530
202-252-7724 (Lucas)
202-252-7051 (Ranney)
Diane.Lucas@usdoj.gov
Sarah.Ranney@usdoj.gov
*Counsel for the Government*

3

**CERTIFICATE OF SERVICE**

I certify that on December 31, 2025, I caused true and correct copies of the foregoing document to be served via electronic filing upon all counsel of record via the ECF system and/or e-mail.

*/s/ Justin D. Weitz*
Justin D. Weitz