IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Case No. 1:23-cr-00122 (APM) |
| | : |
| STEVEN PRICE and | : |
| KEIDI MOORE, | : |
| | : |
| Defendants | : |
| | : |

**DEFENDANT DR. STEVEN PRICE'S SUPPLEMENTAL DISCLOSURE OF
HIS INTENT TO OFFER EXPERT TESTIMONY OF DR. ERIC LINDEN**

Defendant Dr. Steven Price, by and through undersigned counsel, herby provides notice of supplemental disclosure of his intent to offer the testimony of Dr. Eric Linden ("Dr. Linden"), as an expert in dentistry, laser dentistry, and periodontology, including the panoply of periodontal procedures and conditions the government intends to introduce at trial, including clinical crown lengthening ("CCL"), gingivectomy, and gingival flap procedures.[1]

As a licensed dentist and periodontist with over 41 years of experience, Dr. Linden has an expert understanding of dentistry, periodontics, restorative dentistry, complex treatment planning, proper billing, and reviewing medical records and claims for dental services. In addition, Dr. Eric Linden is a periodontist in the field of Laser Periodontal Surgery, of which he was an early pioneer and early adopter (less than 1% of doctors were using lasers in professional practice at the beginning of Dr. Linden's professional journey in lasers) and in which he trains other doctors in laser procedures worldwide, including as a faculty member of Columbia University's College of

---

[1] Dr. Price provided initial disclosures on October 17, 2025. Due to issues with CJA funding, Dr. Price was not able to timely provide his expert witnesses with the necessary information to provide the bases of their opinions at that time. Dr. Price hereby supplements his disclosures in advance of trial, as envisioned by Federal Rule of Criminal Procedure 16(b)(1)(c)(iv).

Dental Medicine. Dr. Linden utilizes a variety of lasers, including, but not limited to, Nd/YAG lasers (including LANAP/LAPIP), Erbium lasers (2780nm & 2940nm), CO2 laser (10,600nm), Thor LLT non-thermal laser, diodes (820nm and 980nm), and the Solea laser (9300nm).

Dr. Linden has reviewed certain patient medical records from The Smile Center, PLLC (the "Smile Center"), chiefly records for patients listed in the Indictment, relating to dental services Dr. Price and Smile Center employees provided. Dr. Linden is expected to testify that the CCL, gingivectomy, and gingival flap procedures Dr. Price performed are generally indicated and supported based on his review of the patient records. Dr. Linden is expected to testify the auto note Dr. Price used for CCL (including the variations of the auto note throughout the relevant period of the Indictment) is supported and accurately describes the work performed, including the Periodontitis diagnostic codes listed in the auto note. Dr. Linden is expected to testify that, with the use of laser dentistry, crown lengthening procedures can be performed on multiple teeth in the mouth on the same day. Dr. Linden is also expected to testify that, with the use of laser dentistry, multiple crown lengthening procedures can be performed on the same tooth over a period of time (in this case, the five-year period of the Indictment). Dr. Linden will also testify to the feasibility of performing a gingivectomy or gingival flap procedure on the same day or proceeding or following a CCL.

Dr. Linden will also testify to the use of laser dentistry. He will testify to how a CCL is performed with a laser, including the Millenium laser in diode mode for hard tissue removal or with the Solea laser. Dr. Linden will also testify to the differences between a CCL performed with a laser in comparison to a more traditional method with a scalpel. Dr. Linden will testify that CCL performed with a laser does not require sutures or a scalpel and requires less anesthetic than traditional methods.

Lastly, Dr. Linden will testify to his experience treating a Medicaid population as a teaching clinician at the Columbia University College of Dental Medicine. His testimony will include the prevalence of periodontitis he sees in the patient population, the frequency of visitation, and the lack of necessity for restorative dentistry, in particular a crown placed on top of the tooth after a crown lengthening has been performed.

**I.       Dr. Linden's Qualifications**

Dr. Eric Linden is a periodontist (gum disease specialist) in the field of Laser Periodontal Surgery which includes laser surgery utilizing the LANAP and LAPIP protocols. Dr. Linden certifies and trains faculty, residents, and doctors worldwide in various laser therapies, and has published clinical research using the Nd/YAG (1064nm), Erbium (2740nm, 2940nm), CO2 (9300nm, 10,600nm), diodes (400nm- 980nm), and Yap (1020nm) lasers, Thor LLT non-thermal laser, and diodes (820nm and 980nm). In addition, Dr Linden performs traditional periodontics, bone regeneration, cosmetic enhancement procedures, and dental implants. He has been practicing his specialty since 1985. Dr. Linden also treats peri-implantitis (implant disease) with lasers. He has published clinical research in peer reviewed journals on using lasers for implant disease. He also trains other professionals including the dental faculty at Columbia University, students, residents, and doctors from all over the world. He is often asked to lecture at venues globally. Dr. Linden is an Assistant Attending Professor in the Division of Periodontics, Section of Oral Diagnostic and Rehabilitation Sciences at Columbia University in New York City, specializing in Laser Periodontics, Dental Implants, and Bone Regeneration. He directs several clinical trials assessing the efficacy of laser treatment around failing implants. He currently serves on the American Academy of Periodontology (AAP) Committee on Peri-Implantitis.

Dr. Linden received a Certificate of Specialization in the Postgraduate Program in Periodontics at the University of Kentucky College of Graduate Dentistry, a M.S.D. from the University of Kentucky Graduate School of Science, and Certification from the Institute for Advanced Laser Dentistry Certification. Dr. Linden received his D.M.D. from Boston University School of Dental Medicine and a B.S. in Biological Sciences from the State University of New York at Binghamton, Harpur College. Dr. Linden also completed his MPH at the Mailman School of Public Health at Columbia University in NYC.

Dr. Linden's professional licenses include: State of New Jersey Dental License, State of New Jersey Periodontal Specialty License, State of New York Dental License, Northeast Regional License, California License, New Hampshire License, Commonwealth of Kentucky License Southeast Regional License, and Laser Periodontal Therapy Licensed as a certified instructor in multiple wavelengths.

Dr. Linden is also a member of the following professional associations: American Dental Association, American Academy of Periodontology, New Jersey Dental Association, Bergen County Dental Society, American Association of Dental Research, Northeast Society of Periodontists, Institute for Advanced Laser Dentistry, New York County Dental Society.

Dr. Linden has authored numerous publications. Pursuant to Rule 16, Dr. Linden discloses the following articles and publications written in the past 10 years:

- Efficacy of Er,Cr:YSGG Laser Application in Nonsurgical Treatment of Peri-implantitis: A Human Randomized Controlled Trial;
- Laser Use in Periodontics and Peri-implantitis – in Decisions in Dentistry, The Journal of Multidisciplinary Care;
- Laser Basics – Dimensions of Dental Hygiene;

- a landmark study on Lasers, Peri-implantitis, and Dental Implants in the International Journal of Periodontics and Restorative Dentistry (September 2021);

- Implant-safe settings for SupernPulse 10,600 nm CO2 laser-assisted, closed flap peri-implantitis treatment. Implant Practice-US (February 26, 2016); and

- Laser Use in Periodontics and Peri-implantitis – in Decisions in Dentistry, the Journal of Multidisciplinary Care (June 1, 2016).

Also pursuant to Rule 16, Dr. Linden gave sworn testimony in the following captioned case over the last four years: *Putterman v. Goettisheim, DDS*, 60720/2021 (N.Y.S. Sup. Ct. Westchester Cnty.).

## II.   Materials Reviewed and Basis for Testimony

Dr. Linden will testify based upon his experience and clinical review of various materials from Smile Center and Medicaid records, including, but not limited to, patients' records pertaining to specific patients listed in the Indictment. To arrive at his conclusions and expert opinions, Dr. Linden also analyzed various patients' dental records, images, and x-rays. Dr. Linden also reviewed patients' records relating to the dates in the Indictment, and the types and numbers of dental services provided by Dr. Price, including, but not limited to, CCL, gingivectomy, gingival flap and scale and root planning procedures.

Dr. Linden will base his opinions on more than 42 years of expertise in dentistry and periodontology and his review of dental journals and treatises. Dr. Linden will base his opinions on his vast experience in laser dentistry and his experience treating a Medicaid population as a teaching clinician. Dr. Linden has reviewed various treatments and publications on dentistry, including but not limited to current research, current clinical trials, and current state regulations regarding the use of lasers and billing.

### III.    Dr. Linden's Anticipated Testimony

Dr. Price anticipates that Dr. Linden will testify about his review and analysis of a sample of the Smile Centers' patient records related to claims for reimbursement to Medicaid. Generally, Dr. Linden will testify about what he found in reviewing the patient records and the opinions he formed based upon his review, expertise, and training. Dr. Linden will opine that: (1) the patients' records generally support the claims for reimbursement submitted to Medicaid for the certain procedures, including CCL, gingivectomy, gingival flap, and scale and root planning; (2) the patients' records support the services and treatments claimed; (3) the Smile Center's imaging records, including but not limited to intraoral photographs and x-rays, either support the procedures claimed were provided or do not indicate that the procedures were not supported; and (4) the procedures claimed were within the standard of care of dentists and laser dentistry.

The anticipated testimony of Dr. Linden includes the provision of a general overview of dentistry, the Smile Center's patients' dental records, and the dental procedures and appliances claimed for reimbursement from Medicaid. As an expert in dentistry and periodontology, which includes the specialized treatment of soft and hard-tissue conditions and diseases in the oral cavity, Dr. Linden will provide the jury with a general background in dental health and disease, dental services and treatment (including, but not limited to the clinical crown lengthening, gingival flap, and gingivectomy procedures), the roles of a dentist and hygienist, and the adequacy of dental records kept regarding dental services in the treatment of patients. Dr. Linden will educate the jury on these topics in order for jurors to understand the Smile Center's patients' records, the specific claims for reimbursement submitted to Medicaid, and ultimately, his opinions regarding whether records support that Dr. Price performed and claimed for dental services reflected in the patient records.

### A. Testimony about Findings in the Smile Center Patients' Records

#### 1. Clinical Crown Lengthening – D4249

Dr. Linden will testify at trial regarding the dental services Dr. Price provided to the Smile Center's patients based upon the patients' records and claims submissions to Medicaid. Dr. Linden will focus on specific patients and dates identified in the Indictment and any other patient the government seeks to introduce. Dr Linden will discuss performing a CCL procedure with a Nd/YAG 1064nm laser in diode mode and using the Solea (9300nm) laser in combination or alone with the same goal. Dr. Linden will also discuss the use of auto notes in record keeping and describing dental work being performed, standard in today's dental practices. Dr. Linden will also discuss that not all CCL procedures require sutures. Dr. Linden will describe how the quantities of local anesthesia can vary by using lasers.

Dr. Linden will also describe instances where crowns are not placed on teeth that have been treated for crown lengthening procedures. Dr. Linden will also discuss the frequency of periodontal procedures in the lifetime of periodontal patients with the concurrent diagnosis indicating periodontal disease. This could include frequency on the same teeth over a period of 5 years or even shorter intervals. In addition, Dr. Linden will discuss when the uses of mouthguards, or bonding can also be used in conjunction with a crown lengthening. The dental codes billed by Dr. Price will be discussed as it correlates with the diagnosis and treatments rendered by Dr. Price.

#### 2. Patients' Records and Medicaid Population

Dr. Linden will provide an overview of dental records and what constitutes adequate dental records to maintain in a dental practice. Dr. Linden will discuss the common language used in dentistry and the Code on Dental Procedures and Nomenclature ("CDT Code"), established by the American Dental Association, which provides standard codes representing specific dental

procedures, services, supplies, and products to be used by the dental profession in medical records and billing purposes, whether to Medicaid or a private dental benefit program.

Dr. Linden reviewed the Smile Center patients' records, including the records for at least the ten (10) patients listed in the Indictment. Dr. Linden will discuss the various procedures and dental services provided by Dr. Price to these patients as reflected in the patients' records. In his discussion of the patients' records, Dr. Linden will provide descriptions of: (1) the various terms, services, and CDT codes; (2) the information contained in the records, including but not limited to any diagnoses, services, appliances, images, and treatment plans; (3) particular dental procedures/appliances provided, such as the CCL, gingivectomy, and gingival flap procedures, and a description of any procedures and appliances. He will also discuss whether the records contained information warranting the services and appliances provided and whether any follow-up care was provided.

Dr. Linden will testify to the adequacy the Smile Cetner patient records and use of auto notes in modern practice.  Dr Linden will discuss the use of diagnostic and procedural codes that are used in periodontal treatment. Dr. Linden will also testify to the adequacy of diagnostic codes Dr. Price used ICD-9 523.40 – Chronic Periodontitis and ICD-10 K05.30 Chronic Periodontitis.

Lastly, Dr. Linden will also testify to treating a Medicaid population as a teaching clinician and how patient care is often different from a private practice population given the often irregular frequency of visits and types of diseases, particularly when a patient cannot take care of himself or herself.[2]

---

[2] Dr. Price reserves the right to have his expert witnesses respond to testimony and evidence proffered by the government in its case-in-chief.

I HAVE READ AND APPROVED THE FOREGOING

_____
Dr. Eric Linden

Dated: January 7, 2025                                      Respectfully submitted,

*/s/ Daniel C. Fishbein*
MORGAN, LEWIS & BOCKIUS LLP
Daniel C. Fishbein, Bar No. 7672528
Justin D. Weitz, Bar No. 90008910
Mary E. Muoio, Bar No. 90018635
Emily Ahdieh, Bar No. 1742898
1111 Pennsylvania Ave., NW
Washington, D.C. 20004
(202) 739-5932
daniel.fishbein@morganlewis.com
justin.weitz@morganlewis.com
molly.muoio@morganlewis.com
emily.ahdieh@morganlewis.com
*Attorneys for Defendant Dr. Steven Price*