UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | **Criminal Case No. 23-cr-122 (APM)** |
| v. | : | |
| | : | |
| STEVEN PRICE, *et al.*, | : | |
| | : | |
| Defendant. | : | |

# ORDER

This matter comes before the Court on the Government's Motion for a Pretrial Order Pursuant to Federal Rule of Evidence 902. The Court having considered the motion, and the entire file herein, it is this __20th__ day of January 2026;

**ORDERED**, that the motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the following records, identified by their trial exhibit number as marked by the Government, are (a) authentic, and (b) are business records within the meaning of Federal Rule of Evidence 803(6):

| Custodian | Certification Exhibit Number | Corresponding Records by Exhibit Number |
|---|---|---|
| American Airlines | 005-1 | 005 |
| Anna Healthcare, Inc. | 023-1 | 023 |
| Bank of America (multiple) | 021<br>021-19<br>021-21<br>021-28<br>021-30 | All 021 exhibits |
| Citizens Bank, N.A. | 006-3 | All 006 exhibits |
| Conduent | 004 | All 004 exhibits |
| Corporate Payroll Services, Inc. | 011-1 | All 011 exhibits |
| Delta Airlines | 007-1 | 007 |
| Elite Funding Group, LLC | 008-3 | 008 |
| First National Bank of Pennsylvania | 012-1 | 012 |
| Innovative Life Solutions, Inc. | 024-1 | 024 |
| Jones & Roth, PC | 013-1 | 013-6, 013-7, 013-8 |
| JP Morgan Chase, N.A. | 014-1 | All 014 exhibits |
| PNC Bank | 015-1 | 015 |
| Premier Marketing Services, LLC | 009-3 | 009 |
| SMZ Financial Group, LLC | 016 | 016-1, 016-5 |
| Southwest Airlines | 017-1 | 017 |
| TD Bank, N.A. | 018-1 | 018 |
| United Airlines | 025-1 | 025 |
| Wells Fargo Bank, N.A. (multiple) | 022-1<br>022-2 | All 022 exhibits |

**IT IS FURTHER ORDERED** that any record falling within the certifications listed above is authentic;

**IT IS FURTHER ORDERED** that the following evidence is authentic: (a) digital evidence retrieved from a forensic image of a Dell PowerEdge T630 server seized during a search warrant at The Smile Center, 437 Cedar St NW, Washington, DC 20012 on March 31, 2022, including a copy of an electronic medical records program application and associated database called Open Dental, as well as records from the shared drive at The Smile Center; and

(b) scanner images created from the imaging of five Dentsply Sirona CEREC PrimeScan machines acquired in support of a consent search at The Smile Center, 437 Cedar St NW, Washington, DC 20012 on August 29, 2024;

    **IT IS SO ORDERED**.

                                                      _____
                                                      AMIT P. MEHTA
                                                      UNITED STATES DISTRICT JUDGE