## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>STEVEN A. PRICE et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 23-cr-00122 (APM)<br>)<br>)<br>)<br>) |

### VERDICT FORM: STEVEN PRICE

We, the jury, find the following as to Defendant Steven Price:

**Count One - Conspiracy to Commit Health Care Fraud**

____X____               _____
   Guilty                      Not Guilty

If you found Dr. Price guilty of this count, please specify the object(s) of the conspiracy

as to which you are unanimous:

___X___        Health Care Fraud

_____        Wire Fraud

**Count Two – Health Care Fraud, Aiding and Abetting and Causing an Act to be Done**

_____X_____            _____
Guilty                       Not Guilty

If you found Dr. Price guilty of this count, please specify the element(s) as to which you are unanimous:

____X____  to defraud any health care benefit program

____X____  to obtain money or property owned by, or under the custody or control of,

a health care benefit program, in connection with the delivery of or

payment for health care services by means of materially false or fraudulent

pretenses, representations, or promises

**Count Three – False Statement Related to a Health Care Matter, Aiding and Abetting and Causing an Act to be Done (Patient No. 4408, on or about November 26, 2018)**

_____X_____            _____
Guilty                       Not Guilty

**Count Four – False Statement Related to a Health Care Matter, Aiding and Abetting and Causing an Act to be Done (Patient No. 5126, on or about November 27, 2018)**

_____X_____            _____
Guilty                       Not Guilty

**Count Five – False Statement Related to a Health Care Matter, Aiding and Abetting and Causing an Act to be Done (Patient No. 2143, on or about December 21, 2018)**

_____X_____            _____
Guilty                       Not Guilty

**Count Six – False Statement Related to a Health Care Matter, Aiding and Abetting and Causing an Act to be Done (Patient No. 1446, on or about April 11, 2019)**

| X | |
|---|---|
| Guilty | Not Guilty |

**Count Seven – False Statement Related to a Health Care Matter, Aiding and Abetting and Causing an Act to be Done (Patient No. 807, on or about July 1 to July 9, 2019)**

| X | |
|---|---|
| Guilty | Not Guilty |

**Count Eight – False Statement Related to a Health Care Matter, Aiding and Abetting and Causing an Act to be Done (Patient No. 2768, on or about August 1, 2019)**

| X | |
|---|---|
| Guilty | Not Guilty |

**Count Nine – False Statement Related to a Health Care Matter, Aiding and Abetting and Causing an Act to be Done (Patient No. 1214, on or about February 20, 2020)**

| X | |
|---|---|
| Guilty | Not Guilty |

**Count Ten – False Statement Related to a Health Care Matter, Aiding and Abetting and Causing an Act to be Done (Patient No. 3632, on or about July 13, 2020)**

| X | |
|---|---|
| Guilty | Not Guilty |

**Count Eleven – False Statement Related to a Health Care Matter, Aiding and Abetting and Causing an Act to be Done (Patient No. 4456, on or about April 12, 2021)**

| X | |
|---|---|
| Guilty | Not Guilty |

**Count Twelve – False Statement Related to a Health Care Matter, Aiding and Abetting and Causing an Act to be Done (Patient No. 5313, on or about June 24, 2021)**

_____X_____          _____
    Guilty                  Not Guilty

**Count Thirteen – Wire Fraud, Aiding and Abetting and Causing an Act to be Done (Patient Nos. 4408 and 5126, on or about November 28, 2018)**

_____X_____          _____
    Guilty                  Not Guilty

**Count Fourteen – Wire Fraud, Aiding and Abetting and Causing an Act to be Done (Patient No. 2143, on or about December 21, 2018)**

_____X_____          _____
    Guilty                  Not Guilty

**Count Fifteen – Wire Fraud, Aiding and Abetting and Causing an Act to be Done (Patient No. 1446, on or about April 18, 2019)**

_____X_____          _____
    Guilty                  Not Guilty

**Count Sixteen – Wire Fraud, Aiding and Abetting and Causing an Act to be Done (Patient Nos. 807 and 5313, on or about July 11, 2019)**

_____X_____          _____
    Guilty                  Not Guilty

**Count Seventeen – Wire Fraud, Aiding and Abetting and Causing an Act to be Done (Patient No. 2768, on or about August 8, 2019)**

_____X_____          _____
    Guilty                  Not Guilty

**Count Eighteen – Wire Fraud, Aiding and Abetting and Causing an Act to be Done (Patient No. 1214, on or about February 27, 2020)**

\_\_\_\_X\_\_\_\_    _____
Guilty                Not Guilty

**Count Nineteen – Wire Fraud, Aiding and Abetting and Causing an Act to be Done (Patient No. 3632, on or about July 16, 2020)**

\_\_\_\_X\_\_\_\_    _____
Guilty                Not Guilty

**Count Twenty – Wire Fraud, Aiding and Abetting and Causing an Act to be Done (Patient No. 4456, on or about April 14, 2021)**

\_\_\_\_X\_\_\_\_    _____
Guilty                Not Guilty

**Count Twenty-One – Wire Fraud, Aiding and Abetting and Causing an Act to be Done (Patient No. 5313, on or about July 1, 2021)**

\_\_\_\_X\_\_\_\_    _____
Guilty                Not Guilty

This is our unanimous verdict.

3/4/2026
DATE

FOREPERSON/JUROR NO.

5